**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CAN YAVAS,

Plaintiff,

vs. Case No. 6:26-cv-00896-GAP-NWH

BLUECHIP FINANCIAL d/b/a SPOTLOAN; NINGO LENDING LLC d/b/a SPOTLOAN; RCOFIII SPEC-FIN CREDIT 1, LLC, R&R SPE LLC, and SAMUEL ADRIAN SPRATT,

Defendants.
______________________________/

**DEFENDANTS RCOFIII SPEC-FIN CREDIT 1, LLC AND R&R SPE LLC's NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.07, I certify that the instant action:

__X__ IS related to pending or closed civil or criminal cases(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

JAMS Arbitration, Reference No. 5460003277.

______ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or Administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than the June 2, 2026, deadline set by the Court in its May 19, 2026 Order.

Dated: June 01, 2026

Respectfully submitted,

*s/ Ginger Barry Boyd*
Ginger Barry Boyd
NELSON MULLINS RILEY &
SCARBOROUGH LLP
Florida Bar Number: 294550
ginger.boyd@nelsonmullins.com
bev.cowart@nelsonmullins.com
215 South Monroe, St., Suite 400
Tallahassee, Florida 32301
Telephone: 850-907-2556
Fax. 850-681-9792

*Counsel for Defendants RCOFIII SPEC-FIN CREDIT 1, LLC and R&R SPE LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 01, 2026, a true and correct copy of the foregoing was filed with the Clerk of Court using CM/ECF, which will serve a Notice of Electronic Filing on all counsel of record.

*s/ Ginger Barry Boyd*
Ginger Barry Boyd