**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CAN YAVAS,**

*Plaintiff,*

**v.** Case No.: **6:26-cv-00896-GAP-NWH**

**BLUECHIP FINANCIAL, et al,**

*Defendants.*
______________________________________/

**JOINT ARBITRATION STATUS REPORT**

Plaintiff and Defendants, through their undersigned counsel and pursuant to the Court's Order directing the submission of an arbitration status report (ECF No. 21), respectfully submit the following status update:

1. Arbitration was initiated with JAMS on May 5, 2026 (JAMS Ref. No.: 5460003277).

2. On May 19, 2026, Respondents RCOFIII Spec-Fin Credit 1, LLC and R&R SPE LLC filed an Answering Statement in response to Claimant's arbitration demand.

3. On May 22, 2026, Respondents Ningo Lending LLC and Samuel Adrian Spratt filed a motion requesting dismissal from the arbitration proceedings at the outset, together with a supporting brief.

4. Claimant filed an opposition to that motion on June 23, 2026.

5. JAMS has not yet issued a decision on Respondents Ningo Lending LLC and Samuel Adrian Spratt's motion requesting dismissal.

6. No arbitrator has been appointed to the case yet.

Respectfully submitted on July 31, 2026.

*/s/ Fethullah Gulen*
Fethullah Gulen, Esq.
Florida Bar Number: 1045392
Seraph Legal, P. A.
3505 E. Frontage Rd., Suite 145
(813) 567-1230
FGulen@SeraphLegal.com
*Counsel for Plaintiff*

*/s/ Ginger Barry Boyd*
Ginger Barry Boyd, Esq.
Florida Bar # 294550
Nelson Mullins Riley & Scarborough LLP
215 South Monroe Street, Suite 400
Tallahassee, Florida 32301
Telephone: (850) 907-2556
Facsimile: (850) 681-9792
ginger.boyd@nelsonmullins.com
bev.cowart@nelsonmullins.com
*Counsel for RCOFIII Spec-Fin Credit 1, LLC and R&R SPE LLC*

*/s/ Michael A. Kolcun*
Michael A. Kolcun, Esq.
Florida Bar No.: 86043
SMITH GAMBRELL & RUSSELL LLP
201 North Franklin Street, Suite 3550
Tampa, Florida 33602
Telephone: (813) 488-2920
Facsimile: (813) 488-2960
Email: mkolcun@sgrlaw.com
vwilliams@sgrlaw.com
aeperez@sgrlaw.com
daigotti@sgrlaw.com

Timothy W. Billion, Esq.
Brendan V. Johnson, Esq.
ROBINS KAPLAN LLP
150 E. 4th Place, Suite 704
Sioux Falls, SD 57104
Telephone: (605) 335-1300
Facsimile: (605) 740-7199
Email: TBillion@RobinsKaplan.com
BJohnson@RobinsKaplan.com

*Counsel for Bluechip Financial, Ningo Lending LLC, and Samuel Adrian Spratt*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 31, 2026 a true and correct copy of foregoing was filed electronically via the CM/ECF System. A true and correct copy of the foregoing was also served via e-Notice to counsel for all parties.

*/s/ Fethullah Gulen*
Fethullah Gulen, Esq.
FL Bar # 1045392